IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>*Defendant*. | Civil Action No. 15-cv-692 (APM) |

**DEFENDANT'S UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE**

Defendant Department of State ("State") hereby moves to vacate the Court's Order of May 2, 2016 (ECF No. 32) ("Scheduling Order"). That order set a briefing schedule for State's Motion for Summary Judgment and subsequent briefing. State has conferred with Plaintiff and has, in the interest of reducing the issues to be litigated, agreed to conduct searches for records responsive to FOIA Request 1 of certain information that may contain agency records of State that the FBI is in the process of transferring to State. For this reason, Plaintiff does not oppose this motion.

1. FOIA Request 1 seeks "[a]ny and all emails of former Secretary of State Hillary Rodham Clinton concerning, regarding, or relating to the September 11, 2012 attack on the U.S. Consulate in Benghazi, Libya." Complaint ¶ 5 (ECF No. 1). To date, State has produced to Plaintiff, via its FOIA web site and via email, a total of 343 documents responsive to FOIA Request 1, with redactions as appropriate.

2. State's Motion for Summary Judgment is due July 22, 2016. Scheduling Order ¶ A. While State was preparing its motion and supporting exhibits, State, on July 8, sent a letter to Director James B. Comey asking the FBI to provide to State recovered additional work-related

1

emails of former Secretary Clinton.  July 8 letter from Under Secretary of State for management Patrick F. Kennedy to Director Comey, attached hereto as Ex. 1.  On July 12, the FBI sent a letter to State indicating that the FBI will be providing to State certain information that may include agency records of State.  July 12 letter from James A. Baker to Brian J. Egan, attached hereto as Ex. 2.

3. State has, in the interest of reducing the issues to be litigated, agreed to conduct searches of the information being transferred from the FBI to State for records responsive to FOIA Request 1, notwithstanding that they were not in State's possession and control at the time the FOIA request was made.  *See Judicial Watch v. FHA*, 646 F.3d 924, 926 (D.C. Cir. 2011)) (citing *U.S. Dep't of Justice v. Tax Analysts*, 492 U.S. 136, 144-45 (1989)) ("FOIA reaches only records the agency controls at the time of the request.").  Because of this agreement, a motion for summary judgment is no longer appropriate at this time.

4. State does not yet know how long it will take for FBI to complete the transfer of information to State and what processing will be required to render the information electronically searchable, and so is not in a position to estimate how long a search will take.  State is due to file by July 29, 2016, a Status Report in *Judicial Watch v. State*, No. 13-cv-1363 (D.D.C. filed September 10, 2013) that will address the FBI's efforts to transfer the information to State.

5. State therefore respectfully moves, without opposition from Plaintiff, that (1) the Court vacate the Scheduling Order; and (2) State file a status report on August 9, 2016, updating the Court and Plaintiff on the status of the transfer of information from the FBI to State and the status of State's plans to search for records responsive to FOIA Request 1 within the transferred information.

6. Undersigned counsel has conferred with counsel for Plaintiff, who has indicated that, because State agrees to conduct searches of the information being transferred from the FBI to State for records responsive to FOIA Request 1, Plaintiff does not oppose the relief sought in this motion.

Dated: July 22, 2016                              Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

 */s/ Robert J. Prince*
ROBERT J. PRINCE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts, Avenue, N.W.
Washington, DC  20530
Tel: 202-305-3654
robert.prince@usdoj.gov

*Counsel for Defendant*