

**U.S. Department of Justice**

Federal Bureau of Investigation

July 12, 2016

Brian J. Egan, Esq.
U.S. Department of State
2201 C Street, NW
Washington, DC 20520

Dear Mr. Egan:

    I am writing to respond to Under Secretary Patrick F. Kennedy's July 9, 2016 letter to FBI Director Comey and to further update my response to the Department of State's letter dated September 2, 2015 regarding the FOIA case, *Judicial Watch v. Department of State* (D.D.C. No. 13-cv-1363), and the Department of State's request for information pursuant to the Court's order of August 20, 2015. As announced by the Department of Justice and FBI last week, the FBI is concluding the investigation referenced in my February 2, 2016 letter.

    During the course of the investigation, the FBI obtained certain information that may include agency records of the Department of State. In accordance with our policies and procedures, the FBI will be providing this information to your Department for review and determination of record status pursuant to the Federal Records Act and subsequent FOIA processing as appropriate.

Sincerely,

James A. Baker
General Counsel